ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
   wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNEIDER DOCK & INTERMODAL FACILITY, INC. and RYAN SCHNEIDER,<br><br>Defendants, | Case No. 3:17-cv-05287-JST<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hon. Judge Jon S. Tigar |

Plaintiff Californians for Alternatives to Toxics ("Plaintiff") and Schneider Dock & Intermodal Facility and Ryan Schneider ("Defendants") by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS on July 13, 2017 Plaintiff provided David Schneider and Ryan Schneider with Plaintiff's Notice of Violations and Intent to File Suit ("NOV");

WHEREAS on September 12, 2017 Plaintiff filed its Complaint in this matter (Docket No. 1), setting forth causes of action under the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387 against only Schneider Dock & Intermodal Facility, Inc.

and Ryan Schneider;

WHEREAS on October 30, 2017, Defendants filed with this Court (Docket No. 15) their answer responding to the Complaint;

WHEREAS Plaintiff now seeks to amend the Complaint to include David Schneider as an owner of the owner of Defendants' facility.

WHEREAS after a responsive pleading is filed, Federal Rule of Civil Procedure 15(a)(2) allows a party to amend its pleading only with the opposing party's written consent or the court's leave.

The parties stipulate and agree as follows:

(1) Plaintiff may file a first amended complaint naming David Schneider as an additional Defendant in this matter.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 18, 2017 | Respectfully Submitted, |
| | LAW OFFICES OF ANDREW L. PACKARD |
| | By:  /s/ Andrew L. Packard<br>Andrew L. Packard<br>Attorneys for Plaintiff<br>CALIFORNIANS FOR ALTERNATIVES TO TOXICS |
| Dated: December 18, 2017 | CANNATA O'TOOLE FICKES ALMAZAN |
| | By:  /s/Therese Y. Cannata<br>Therese Y. Cannata<br>Attorneys for Defendants<br>SCHNEIDER DOCK & INTERMODAL FACILITY and RYAN SCHNEIDER |

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i) (3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

DATED: December 18, 2017                                  By: /s/ Andrew L. Packard_____

## **ORDER APPROVING STIPULATION**

Good cause appearing to allow Plaintiff to file a first amended complaint, IT IS SO ORDERED.

Dated: December 18, 2018

_____
Jon S. Tigar
United States District Judge