ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
   wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNEIDER DOCK & INTERMODAL FACILITY, INC., RYAN SCHNEIDER, and DAVID SCHNEIDER,<br><br>Defendants, | Case No. 3:17-cv-05287-JST<br><br>**STIPULATION GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**<br><br>Hon. Judge Jon S. Tigar |

Plaintiff Californians for Alternatives to Toxics ("Plaintiff") and Schneider Dock & Intermodal Facility, Ryan Schneider, and David Schneider ("Defendants") by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on December 21, 2017, Plaintiff filed its First Amended Complaint (Docket No. 33) against Defendants alleging violations of the Clean Water Act;

WHEREAS, Plaintiff contends that, in January 2018, it discovered information concerning Schneider Dock Industrial Park, LLC ("SDIP"), and likewise contends that SDIP has violated, and continues to violate the Clean Water Act for failure to obtain

NPDES permit coverage for its industrial storm water discharges in an area adjacent to what Defendants contends is the "Facility" at issue;

WHEREAS, on February 9, 2018 Plaintiff provided Schneider Dock Industrial Park, LLC with Plaintiff's Notice of Violations and Intent to File Suit ("NOV") alleging violations of the Clean Water Act and the General Permit;

WHEREAS, pursuant to 33 U.S.C. § 1365(b) no citizen suit action to enforce the Clean Water Act may be commenced prior to sixty days after the plaintiff has given notice to EPA, the State, and the alleged violator, and *thus Plaintiff may not initiate an action to enforce the claims alleged in the NOV until April 10, 2018*;

WHEREAS, the Court's Scheduling Order (Docket No. 35) set the deadline to add parties or amend the pleadings to be February 23, 2018;

WHEREAS, Plaintiff now seeks to amend the Complaint to include Schneider Dock Industrial Park, LLC as a Defendant in this matter.

The parties stipulate, and good cause exists, that:

(1) After April 10, 2018, Plaintiff may file a second amended complaint naming Schneider Dock Industrial Park, LLC as an additional Defendant in this matter.

(2) Defendants' response thereto shall be filed within thirty (30) days after the second amended complaint is filed.

IT IS SO STIPULATED.

Dated: April 9, 2018          Respectfully Submitted,

                                  LAW OFFICES OF ANDREW L. PACKARD

                                  By:     /s/ Andrew L. Packard

|     |                          |                                                                                       |
| --- | ------------------------ | ------------------------------------------------------------------------------------- |
| 1   |                          | Andrew L. Packard                                                                     |
| 2   |                          | Attorneys for Plaintiff<br>CALIFORNIANS FOR<br>ALTERNATIVES TO TOXICS                 |
| 3   | Dated: April 9, 2018     | CANNATA O'TOOLE FICKES ALMAZAN                                                        |
| 4   |                          |                                                                                       |
| 5   |                          | By:   /s/Kimberly A. Almazon<br>        Kimberly A. Almazan                           |
| 6   |                          | Attorneys for Defendants<br>SCHNEIDER DOCK & INTERMODAL<br>FACILITY, RYAN SCHNEIDER, and DAVID |
| 7   |                          | SCHNEIDER                                                                             |

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i) (3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

DATED: April 9, 2018                               By: /s/ Andrew L. Packard_____

## **ORDER APPROVING STIPULATION**

Good cause appearing to allow Plaintiff to file a second amended complaint after April 10, 2018, IT IS SO ORDERED.

Dated: April 10, 2018

_____
Jon S. Tigar
United States District Court Judge