THERESE Y. CANNATA (SBN 88032)
MARK P. FICKES (SBN 178570)
QWALYNE E. LAWSON (SBN 304494)
CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@cofolaw.com

Attorneys for Defendants
SCHNEIDER DOCK & INTERMODAL
FACILITY, INC., RYAN SCHNEIDER,
DAVID SCHNEIDER and SCHNEIDER
DOCK INDUSTRIAL PARK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>SCHNEIDER DOCK & INTERMODAL FACILITY, INC., RYAN SCHNEIDER, DAVID SCHNEIDER and SCHNEIDER DOCK INDUSTRIAL PARK LLC<br><br>Defendants. | No. 3:17-cv-05287-JST<br><br>**STIPULATION TO CONTINUE EXPERT DISLCOSURE DEADLINE BY SEVEN DAYS, TO NOVEMBER 2, 2018; [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. John S. Tigar |

Plaintiff Californians for Alternatives to Toxics ("Plaintiff"), and Defendants Schneider Dock & Intermodal Facility, Inc., Ryan Schneider, David Schneider, and Schneider Dock Industrial Park ("Defendants"), by and through their respective counsel, stipulate and agree as follows. Plaintiff and Defendants are referred to collectively herein as the "Parties."

1. WHEREAS on January 3, 2018, the Court issued a Scheduling Order, which *inter alia,* set October 26, 2018 as the deadline for expert disclosures; (Docket No. 35);

- 1 -
**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**

2. WHEREAS the Parties are engaged in ongoing settlement discussions;

3. WHEREAS the Parties desire to avoid the potential costs of preparing expert reports should this matter settle before disclosure; and

4. WHEREAS the Parties agree to extend the deadline to exchange expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) from October 26, 2018 to November 2, 2018; and,

5. WHEREAS no previous extensions to this deadline have been sought.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties hereto through their undersigned counsel of record, that the Parties shall exchange their expert disclosures on November 2, 2018.

Dated: October 24, 2018

**CANNATA, O'TOOLE FICKES & OLSON LLP**

By: /s/ Therese Y. Cannata
THERESE CANNATA
Attorneys for Defendants Schneider Dock & Intermodal Facility, Inc. and Ryan Schneider

Dated: October 24, 2018

**LAW OFFICES OF ANDREW L. PACKARD**

By: /s/ Andrew Packard
ANDREW PACKARD
Attorneys for Plaintiff Californians for Alternatives to Toxics
(Per Local Rule 5-1(i)(3), Mr. Packard's concurrence in the filing of this document was obtained on 10.24.18.)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 25, 2018

_____
JON S. TIGAR
United States District Judge

**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**